UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:20–cr–181

v.                                    Hon. Robert J. Jonker

RICHARD DAVID SMITH,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:            April 30, 2021   03:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI


                                                ROBERT J. JONKER
                                                Chief United States District Judge

Dated:  January 26, 2021        By:    /s/ Susan Driscoll Bourque
                                                  Case Manager